UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERESA ALSTON,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL 734 PENSION FUND,<br><br>Defendant. | Civil Action No.: 09-4273 (PGS)<br><br>ORDER |

On July 15, 2010, A Report and Recommendation was filed recommending that this Court deny Plaintiff's Motion to Remand. The parties were provided notice that pursuant to Local Civil Rule 72.1(c)(2) any objections to the Report and Recommendation must be filed on or before July 29, 2010. No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 4th day of August, 2010,

**ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Plaintiff's Motion to Remand is denied.

_____
PETER G. SHERIDAN, U.S.D.J.